AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>2:21-cr-601 | Date and time warrant executed:<br>8-27-21    1110 | Copy of warrant and inventory left with:<br>HAMILTON, EDWIN |
| Inventory made in the presence of: SA BRYCE EIKENBERG |||
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>SEE ATTACHED. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-8-21

_____
*Executing officer's signature*

ROBERT E. CALLAHAN, SA
*Printed name and title*

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



## EVIDENCE CONTROL LOG

CASE NUMBER: 763 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
TITLE: Hamilton
ADDRESS: ~~illegible~~ 81 Blue Heron Ln. E Hardeeville
GPS Location: /

EVIDENCE TECH: Bryce Eikenberg (ATF SA)
OFFICE: ATF Charleston
TEL #: 843-763-3683
E-MAIL: /

| ✓ | ITEM # | DATE | TIME | FOUND BY | LOCATION | PHOTO REF # | DESCRIPTION OF ITEM |
|---|---|---|---|---|---|---|---|
| ✓ | 1 | 8/27/21 | 1110 | Callahan | On Person | | iPhone w/ Green Otter Box |
| ✓ | 2 | | | Breuer | A | | 112 Rounds - Ammo |
| ✓ | 3 | | | Breuer | A | | Springfield XDS (Pistol) S3749407 |
| ✓ | 4 | | | Breuer | A | | 7 Rounds of Ammo - From #3 |
| ✓ | 5 | | | Breuer | A | | Ruger-57 (pistol) 641-12909 |
| ✓ | 6 | | | Breuer | A | | 22 Rounds of Ammo - From #5 |
| ✓ | 7 | | | Gerten | A | | Pioneer Hellpup (rifle) PAC1126762 |
| ✓ | 8 | | | Gerten | A | | 40 Rounds of 7.62x39 - From #7 ammo |
| ✓ | 9 | | | Hightower | A | | Fostech Lite Multi (Pistol) SN: FT000106 |
| ✓ | 10 | | | Hightower | A | | 61 Rounds of .223 Ammo - From #9 |
| ✓ | 11 | | | Sonnendeker | F | | Palmetto AKV (Rifle) SN: AKV06792 |
| ✓ | 12 | | | Sonnendeker | F | | 32 Rounds of Ammo From #12 |
| ✓ | 13 | V | V | Butcher | D | | .57 Ammo |

Page 1 of 2

Signature: Bryce Eikenberg #5864

| ITEM # | DATE | TIME | FOUND BY | LOCATION | PHOTO REF # | DESCRIPTION OF ITEM |
|---|---|---|---|---|---|---|
| ✓ 14 | 8/27/21 | 1220 | Sonnendecker | F | | GSG AK47 (Rifle) SN: A736602 |
| ✓ 15 | | | Sonnendecker | F | | 12 Rounds w/ Magazine From #14 |
| ✓ 16 | | | Sonnendecker | F | | Colt Lucho 29 (Pistol) SN: 2941420 |
| ✓ 17 | | | Sonnendecker | F | | 3 Rounds of Ammo - From #17 |
| ✓ 18 | | | Sonnendecker | F | | Palmetto AKE-S (Rifle) SN: AKES00050? |
| ✓ 19 | | | Sonnendecker | F | | 60 Rounds of Ammo - From #k |
| ✓ 20 | | | Hightower | E | | 40 Rounds 12 Gauge - Ammo |
| ✓ 21 | | | Butcher | D | | ~~Misc~~ Ammo - unk #,5 |
| ✓ 22 | | | Butcher | D | | Ammo - unk # |
| ✓ 23 | | | Butcher | D | | Walther P22 (Pistol) SN: Z064469 |
| ✓ 24 | | | Butcher | D | | 10 Rounds of Ammo - From #2 |
| ✓ 25 | | | Butcher | D | | CMMG M57 (Pistol) SN: BFT0337 |
| ✓ 26 | | | Sonnendecker | F | | Large quantity of misc/assorted ammo |
| ✓ 27 | | | Hightower | C | | Misc. Documents - Bill of Sales for Guns |
| ✓ 28 | | | Hightower | C | | Blue Spiral Notebook - Bill of Sale & ledger |
| ✓ 29 | | | Brewer | C | | 355 Rounds Misc/assorted Ammo |
| ✓ 30 | | | Sonnendecker | Vehicle | | Bag of green plant material, THC Gummies, THC Wax, vape cartridges (Consent) |
| ✓ 31 | | | Hightower | E | | 54 Bottles of Fruit Punch/Cherry Pie THC Syrup (Consent) |

Page 2 of 2

Signature: Bryce E____ #5864